UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TERRENCE DALE BURNS

PLAINTIFFS

V

FULTON COUNTY

DEFENDANT

ATLANTA V.A MEDICAL CENTER

CIVIL ACTION NO

1:17-CV-2949

ORDER

TERRENCE DALE BURNS FILED A CIVIL LAW SUIT AGAINST ATLANTA V.A MEDICAL CENTER. A MEDICAL MALPRACTICES FOR DENIAL OF COMPENSATEDS AND DECEPTION ON STAFF BEHALF.

ON APRIL 15, 2015, VA CAUSED LOSS OF VISION IN LEFT EYE - (BLINDNESS) DUE TO DOCTOR STATING SHE NEVER PERFORMED THAT TYPE OF SURGERY BEFORE. SHE GAVE INACCURATE TREATMENT REPORTS.

Continuation of Section V. (Cause of Action)

## Situation 1.

(A). Transferred from Eye treatmens for Cataracts in Eyes by Atlanta Eye Clinic, Under Dr. Essens-Bell and Dr. J. Wilkes. Started treatments under Dr. Bonnie Germaine at Atlanta V.A. Hospital. From 2013-2016. There was no-medicines or treatment changes.

(B) Also Assigned to Low-Vision Eye Clinic, because of visibilites.

(C) Start having a dryness in Left eye, vision in left eyes was clear and good, at sight distances up to 0-1000 yrds. Right eye had previous catacacts Removal done by Atlanta Eye Clinic in 2013, which was sucessful.

## Situation 2.

(A.) During 2014-2015, Dr. Germain perform, order for 2 lasey tear-duct openings, and each time, there was no changes in meds or procedures.

(B.) Sept 2014 - I was told by Dr. Germain that the cause of Dryness in Eye(L) was because of the cataracts in L-eye. And IF I Remove it by minor surgery). That It, would stop the dryness, and stoppage of tear duct.

(C.) She (Dr. Germain) explained that this would stop and prevent any futher vision loss, and correct eye problems. I asked her would I lose my sight? She stated "NO" I wouldn't see greater, but the same as then, or before. So I agree to surgery.

(C1) During Pre-Operation, (Dr. Germain) came to me and said that she had discovered a double cataracts in L- eye and this would not be a problem, One cataracts on top developing on top of other cataracts. Do I wish to proceed? I didn't know the dangers or was not told of any risks at this time. So, I trusted in my Doctor??? IF I've known she was going to blind me, ain't no way in the world - or - H_ll I'd let her do this to me...!!!??

## Situation 3

(A) Immediately after surgery, as I was lying on operation table, Dr. Gertreive clearly told me, my wife, my Daughter that she thinks surgery went well, and she never has, had ever performed a type of surgery as such before.

(B.) She never told me she was going to cut away the Front of L- eye and replace it with a plastic cover. Which, today has SUNKEN - Backwards and in my eye.

And, I was told swellings from surgery would last about o month. But, swellings remained up to 8 months later.

(C.) About 1mo - 3months after surgery I started to complain to Dr-Germain about swelling and inflamations, and especially could not see at all no-more, and what have went wrong? She (Dr. Germain) would get up and leave out of exam-room angrily, and only returned about 1-2 minutes before appointment times (30 min.) was over.

Situatin 4 (EMERGENCY ROOM VISIT)

(A.) Approxmately 6 mo. after surgery, I was rushed back to V.A. Emergency, due to fact that my eye pressure in L-Eye was up to 48, which was very dangerous, and due to that my whole eye had completely erupted and filled with blood. due to surgery?

(B) No-one hasn't explained as of yet, why my eye had this severe reactions.

(C) Immediately -there has been 5-6 different Eye personell treating eye, but no-explanations

(D) Experienced extreme deceptions by V.A. after complaints, of loss of sight, and what went wrong in surgery?? as defined in Situation (5.)

P 4 OF 6

## Situation 5 (Deception By V.A. Staff)

(A.) After all this rejections, un-answered complaints to Dr. Germain, other Eye Clinic personell. I took my complaints to Cheif of Staff Office of Dr. Bowers. When I reached his office, I was met by receptionist, who informed me that this office was aware of the situation, and complaints. The receptionist, had told me to go back to 1st Floor to General Counselor Office, they will be expecting me, and when I did this. I met with a Mr. Childs who gave me a set of V.A. Tort Claims Forms, and instructed me to complete them, return them. Then, I was told that several other units within V.A. would later assist me and family in adjusting to new changes in visions, life. But, 1 unit, said if the injury was combat related they couldn't help.

(B). Then, I recieved a call from a Mrs Helen Hasting who told me that, she was investigating the claim and asked me questions concerning the case. She always used phrases of she's sorry this happened and that I would recieve a compensations for my losses. Also she encourage me that a privat Attorney wasn't needed Because the V.A. wouldn't not pay the attorney and that I would have to pay an lawyer out of whatever V.A. compensated me.

(B.) I didn't recieve a reply from V.A Claims offices until their 2yr. Date of ~~App~~ Appeals was almost in effect. It was denied because It states the Doctor was praticing Eye Opthanlogist, and that I was considered legally blin

(C) As of Now, (Dr. Patel, has confirmed that since plastic cover on front of left eye is ~~permanet~~ pernamently sunken-in, and corrective surgery is highly-risky, will not be performed.

(D.) Now, have 5 steriod eye-drops, to be used 3 time x day, 2 Humari injections and 3 types of pills (orally) because of injury due to malpratice, neglectfulness of surgery

<u>Questions Never Answered, Where the Patients Rights, Experience For Surgery</u>

   A.  Professional Treatments
1. Why Doctor Never trained in that type of surgery Took Risk?
2. After 2 years of treatment, why doctor didn't see double cataracts until prior of surgery. What was she really treating for, or maybe preping a surgery?
3. Treatments to L-eye changed, totally different from Grady Hospital and Atlanta Eye Consultants diagnosises, treatment only.
(4) Doctor, wasn't a Full Doctor, performed major surgery as a Resident Doctor, and never told me she wasn't a surgeon, fooled me.
(5) If I was told that she was going to blind me, I would have waited 1-25yrs and let the cataracts destroyed my vision not ask a doctor, who I trusted to blind me.
(6.) Why did the V.A. and Personell hand me a V.A. Tort Claims form to Sue the U.S. Gorverment as a way to shut me up or cover up a mistake?

P 6 of 6

(7.) I am seeking compensations of Relief to help with transportations to clinics, Also now, I have to depend on others.

(8.) I Loss Abilities to see No-more than 4 ft, When, With Low Vision my L-Eye was my Strongest.

(9.) ? Would You have cataracts surgery If Doctor told You that You would be blind after surgery?

P 6 of 6